UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GUY ORLANDO WILLIAMSON, CDCR #BG-9879, | Case No. 3:19-cv-1178-AJB-KSC |
|---|---|
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM AND FOR SEEKING MONETARY RELIEF AGAINST IMMUNE DEFENDANT PURSUANT TO 28 U.S.C. § 1915(e)(2) AND § 1915A(b) AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |
| vs. | |
| CALIFORNIA DEP'T OF CORRECTIONS AND REHABILITATION; BRIONES, Correctional Officer, | |
| Defendants. | |

Guy Orlando Williamson ("Plaintiff"), while housed at the Richard J. Donovan Correctional Facility located in San Diego, California, and proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 2, 2019. *See* Compl., ECF No. 1.

**I.     Procedural History**

On July 15, 2019, the Court granted Plaintiff leave to proceed in forma pauperis but dismissed his Complaint for failing to state any claim and for seeking monetary damages against immune defendants pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b). *See* ECF No. 4. Plaintiff was informed of his pleading deficiencies and granted 30 days leave

1

in which to file an Amended Complaint that fixed them. *Id.* at 7-9.

That time has since passed, but to date, Plaintiff has failed to amend, and has not asked for an extension of time in which to do so. "The failure of the plaintiff eventually to respond to the court's ultimatum–either by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004).

## II. Conclusion and Order

Accordingly, the Court **DISMISSES** this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted and for seeking monetary damages against immune defendants pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), and his failure to prosecute pursuant to FED. R. CIV. P. 41(b) in compliance with the Court's July 15, 2019 Order (ECF No. 4).

The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

Dated: September 20, 2019

Hon. Anthony J. Battaglia
United States District Judge